546-552 WEST 146TH STREET LLC et al., Appellants, et al., Plaintiff, v RACHEL L. ARFA et al., Respondents, et al., Defendants.

Submitted March 23, 2009; decided May 7, 2009

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the denial of appellants' motion for leave to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

JOSEPH P. MAXON, Appellant, v WOODS OVIATT GILMAN LLP et al., Respondents.

Submitted March 16, 2009; decided May 7, 2009

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the denial of appellant's disqualification motion, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of NEW YORK CHARTER SCHOOLS ASSOCIATION, INC., et al., Appellants, v THOMAS P. DINAPOLI, as Comptroller of the State of New York, et al., Respondent.

Submitted May 4, 2009; decided May 7, 2009

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.